IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TOKYO GATSON,

  Plaintiff,

   v.

NATASHA MADELINE HUGGINS, et al.,

  Defendants.

CIVIL ACTION FILE
NO. 1:15-CV-1268-TWT

**ORDER**

This is a pro se prisoner civil action. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissing the action for lack of subject matter jurisdiction. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 28 day of May, 2015.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\15\Gatson\r&r.wpd